UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. REED,<br><br>              Petitioner,<br><br>     v.<br><br>MAGGIE MILLER-STOUT,<br><br>              Respondent. | CASE NO.  C11-2187-MJP-MAT<br><br>ORDER GRANTING<br>RESPONDENT'S MOTION FOR<br>EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254.  This matter comes before the Court at the present time on respondent's motion for an extension of time to file an answer to petitioner's federal habeas petition.  The Court, having reviewed respondent's motion, and the balance of the record, does hereby find and ORDER as follows:

(1)     Respondent's unopposed motion for an extension of time to file an answer to petitioner's federal habeas petition (Dkt. No. 17) is GRANTED.  Respondent is directed to file and serve her answer to the petition not later than ***May 25, 2012***.

(2)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Marsha J. Pechman.

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

01      DATED this 12th day of April, 2012.

 

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 2