UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES V. REED,                    )
                                    )
            Petitioner,             )        CASE NO.   C11-2187-MJP-MAT
                                    )
       v.                           )
                                    )        ORDER GRANTING
MAGGIE MILLER-STOUT,                )        RESPONDENT'S MOTION FOR
                                    )        EXTENSION OF TIME
            Respondent.             )
_____   )

        This is a federal habeas action filed under 28 U.S.C. § 2254.   This matter comes before

the Court at the present time on respondent's motion for an extension of time to file an answer

to petitioner's federal habeas petition.   The Court, having reviewed respondent's motion, and

the balance of the record, does hereby find and ORDER as follows:

        (1)     Respondent's unopposed motion for an extension of time to file an answer to

petitioner's federal habeas petition (Dkt. No. 17) is GRANTED.   Respondent is directed to file

and serve her answer to the petition not later than *May 25, 2012*.

        (2)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

respondent, and to the Honorable Marsha J. Pechman.

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

01        DATED this <u>12th</u> day of April, 2012.

03        _____
          Mary Alice Theiler
04        United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 2